IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : : | |
| JOHN DESTEFANO<br><br>v.<br><br>MERCK & CO., INC., et al. | : : : : : : | CIVIL ACTION NO. 18-20070 |

PRETRIAL ORDER NO. 363

AND NOW, this 6th day of July, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Merck & Co., Inc. and Merck Sharp & Dohme Corp. for summary judgment is GRANTED; and

(2) the cross-motion of plaintiff John Destefano for dismissal with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.