IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE  :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY          :
LITIGATION                        :
_____   :
THIS DOCUMENT RELATES TO:         :
                                  :
JOHN DESTEFANO                    :
                                  :   CIVIL ACTION NO. 18-20070
            v.                    :
                                  :
MERCK & CO., INC., et al.         :   _____

PRETRIAL ORDER NO. 364

        AND NOW, this 6th day of July, 2021, for the reasons

set forth in the foregoing Memorandum, it is hereby ORDERED that

judgement is entered in favor of defendants Merck & Co., Inc.

and Merck Sharp & Dohme Corp. and against plaintiff John

Destefano.

                        BY THE COURT:


                        /s/ Harvey Bartle III
                        _____
                                                  J.